IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DOROTHY LEE | ) |
| | ) |
| v. | ) NO. 1-10-0051 |
| | ) JUDGE CAMPBELL |
| MAURY COUNTY, TENNESSEE | ) |
| BOARD OF EDUCATION | ) |

ORDER

Pending before the Court are Defendant's Motion to Strike Plaintiff's Jury Demand (Docket No. 18), with which no supporting Memorandum was filed as required by Local Rule 7.01(a), and Plaintiff's Response thereto (Docket No. 19). No Reply has been timely filed.

For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED. This case is referred back to the Magistrate Judge for further case management.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE