IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DOROTHY LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:10-0051 |
| ) | |
| MAURY COUNTY, TENNESSEE, BOARD ) | Judge Sharp/Bryant |
| OF EDUCATION, ) | **Jury Demand** |
| ) | |
| Defendant. ) | |

### O R D E R

The District Judge has continued the trial of this matter and advised the undersigned to establish new dates for the trial and final pretrial conference (Docket Entry No. 27). A telephone conference is set with the parties at **10:30 a.m. on Monday, June 13, 2011.** Counsel for the plaintiff shall initiate the call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge